

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2019

No. 04-19-00111-CV

George P. **JONES,**
Appellant

v.

Jannatul **FERDOUS,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV08141
Honorable Gloria Saldana, Judge Presiding

# O R D E R

In this appeal from the trial court's judgment in a forcible detainer suit, the clerk's record shows that Appellant George P. Jones filed a suggestion of bankruptcy. The suggestion discloses that Appellant filed a voluntary petition for bankruptcy in the United States Bankruptcy Court for the Western District of Texas under Case No. 19-50088 on January 16, 2019. *See* 11 U.S.C. § 362 (2012); TEX. R. APP. P. 8.1.

Accordingly, this appeal and all time periods under the Texas Rules of Appellate Procedure are stayed from the date the bankruptcy petition was filed in the bankruptcy court. *See* 11 U.S.C. § 362 ("Automatic stay"); TEX. R. APP. P. 8.2.

This appeal is ABATED. For administrative purposes, the appeal will be treated as a closed case unless and until it is reinstated in accordance with Rule 8.3 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 8.3.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2019.



KEITH E. HOTTLE,
Clerk of Court